| | |
|---|---|
| 1 | Scott T. Reigle (#288515) |
|   |   sreigle@afrct.com |
| 2 | ANGLIN, FLEWELLING, RASMUSSEN, |
|   |   CAMPBELL & TRYTTEN LLP |
| 3 | 301 North Lake Avenue, Suite 1100 |
|   | Pasadena, CA 91101-4158 |
|   | Tel: (626) 535-1900 | Fax: (626)-577-7764 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON TUTTLE

　　　　　　　　Plaintiff(s)

v.

WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; BARRETT, DAFFIN, FRAPPIER, TREDER &WEISS LLP

　　　　　　　　Defendant(s).

Case No. C 4:18-cv-01544-KAW

CONSENT OR DECLINATION
TO MAGISTRATE JUDGE
JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: March 16, 2018

NAME: Scott T. Reigle, Esq.

COUNSEL FOR (OR "PRO SE"): Wells Fargo Bank, N.A and The Bank of New York, Mellon

/s/ Scott T. Reigle

*Signature*

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 North Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

on the interested parties in said case as follows:

| Served Electronically Via the Court's CM/ECF System | Served By Means Other than Electronically Via the Court's CM/ECF System |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant Barrett, Daffin, Frappier, Treder & Weiss, LLP* |
| Nelson W. Goodell, Esq.<br>THE GOODELL LAW FIRM<br>5 Third Street, Suite 1100<br>San Francisco, CA 94103<br>Tel: 415.495.3950 \| Fax: 415.495.6900<br>Email: nelson@goodelllawsf.com | Edward A. Treder, Esq.<br>James T. Lee<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA  91765<br><br>edwardt@bdfgroup.com<br>jamesl@bdfgroup.com<br><br>Tel: 626.915.5714<br>Fax: 909.595.7640 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **March 16, 2018**.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |