UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON TUTTLE,

        Plaintiff,

   v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

Case No. 18-cv-01544-JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent (*see* Dkt. Nos. 11, 16, 22), this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings, including trial and entry of final judgment.

**IT IS SO ORDERED.**

Dated: March 30, 2018

_____
JEFFREY S. WHITE
United States District Judge

cc: Magistrate Judge Referral Clerk