UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TUTTLE, et al., <br> Plaintiffs, <br> v. <br> WELLS FARGO BANK, N.A., et al., <br> Defendants. | Case No. 18-cv-01544-JCS <br><br> **ORDER DENYING AS MOOT MOTION TO DISMISS** <br> Re: Dkt. No. 12 |

In light of Plaintiffs having filed a first amended complaint, the pending motion to dismiss Plaintiffs' original complaint is DENIED AS MOOT, and the hearing on that motion set for May 11, 2018 is VACATED. The case management conference set for the same date remains on calendar.

**IT IS SO ORDERED.**

Dated: April 10, 2018

JOSEPH C. SPERO
Chief Magistrate Judge