UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON TUTTLE and MARY KATHLEEN TUTTLE;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE; BARRETT DAFFIN FRAPIER TREDER & WEISS LLP; and DOES 1 through 20, inclusive;<br><br>Defendants. | CASE NO.: 3:18-CV-01544-JCS<br><br>[*The Honorable Joseph C. Spero*]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S *AMENDED* REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE MAY 25, 2018 HEARINGS**<br><br>Date: May 25, 2018<br>Time: ~~9:30 a.m.~~ 2:00 PM<br>Ctrm: G, 15th Fl. |

The Court, having read and considered defendant Wells Fargo's request to appear telephonically at the hearings on plaintiffs' Motion to Remand and the Scheduling Conference, scheduled for May 25, 2018, and good cause appearing, finds:

Defendant Wells Fargo's request to appear by telephone is GRANTED.

ACCORDINGLY, IT IS ORDERED:

1. Counsel for Wells Fargo may appear by telephone at the May 25, 2018 hearings in this matter; *and*

2. Wells Fargo's counsel, Robert A. Bailey, shall schedule Court Call for a telephonic appearance.

Dated: May 21, 2018

HON. JOSEPH
CHIEF MAG

[Signature: Judge Joseph C. Spero]

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO'S *AMENDED* REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFFS' MOTION TO REMAND**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

| *Attorneys for Plaintiff* | *Attorneys for Defendant Barrett, Daffin, Frappier, Treder & Weiss, LLP* |
|---|---|
| Nelson W. Goodell, Esq.<br>THE GOODELL LAW FIRM<br>5 Third Street, Suite 1100<br>San Francisco, CA 94103<br>Tel: 415.495.3950<br>Fax: 415.495.6900<br>Email: nelson@goodelllawsf.com | Edward A. Treder, Esq.<br>James T. Lee, Esq.<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>edwardt@bdfgroup.com<br>jamesl@bdfgroup.com<br>Tel: 626.915.5714<br>Fax: 626-915-0289 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **May 21, 2018**.

| | |
|---|---|
| Carol Goodwin | */s/ Carol Goodwin* |
| (Type or Print Name) | (Signature of Declarant) |

94000/FR0034/02063803-3

CASE NO. 3:18-CV-01544-JCS
CERTIFICATE OF SERVICE